IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICARDO SHURMAN,

Plaintiff,

v.

QUALITY RAIL SERVICE, INC.,

Defendant.

Case No. 17-cv-1159 JPG/GCS

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: March 8, 2019**           **MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray,**
**Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**